## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

June 10, 2005

TO:   COUNSEL

RE:   Bryant v. UMUN Life Insurance Co.
    Civil Action No. 04-183 GMS

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, by June 24, 2005.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager