IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALFREDA B. BRYANT, | : CIVIL ACTION NO. 04-183 (GMS) |
| Plaintiff | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al, | : |
| Defendants | : |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel, that the above captioned matter is dismissed, with prejudice.

_____
Selma Hayman, Esquire
1326 King Street
Wilmington, DE 19801

Attorney for Plaintiff Alfreda B. Bryant

Date: ~~May~~ June 2, 2005

STEVENS & LEE
_____
Walter P. McEvilly, Jr.
E. Thomas Henefer
STEVENS & LEE
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Attorneys for Defendant, UNUM Life Insurance Company of America

Date: ~~May~~ June 3, 2005

It is so ORDERED.

_____
United States District Judge

1