## CERTIFICATE OF SERVICE

I, WALTER P. MCEVILLY, JR., ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Stipulation of Dismissal upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

> Selma Hayman, Esquire
> 1326 King Street
> Wilmington, DE 19801

Date: 6/13/05

_____
Walter P. McEvilly, Jr.