# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:    (302) 425-3300
Email:   wpm@stevenslee.com
Direct Fax:    (610) 371-7949

June 13, 2005

The Honorable Gregory M. Sleet
United States District Judge
U.S. Courthouse
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:  Bryant v. UNUM Life Insurance Co.
     Civil Action No. 04-183GMS

Dear Judge Sleet:

In response to Your Honor's request for a status report regarding the above-referenced matter, please be advised that as a result of the Court's mediation process, the parties have reached a settlement.

A Stipulation of Dismissal has been executed and filed as of this date with the Court for Your Honor's approval.

Respectfully submitted,

STEVENS & LEE

Walter P. McEvilly, Jr.

WPM:emvl
cc:  Selma Hayman, Esquire
     1326 N. King Street
     Wilmington, DE 19801

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster
Scranton • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington

A PROFESSIONAL CORPORATION

SL1 548612v1/10305.162